No. 290. KEEFE ET AL. *v.* CENTER LINE RELIEF DRAIN DISTRICT ET AL. October 13, 1941. Petition for writ of

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Messrs. Alex. J. Groesbeck* and *Bert V. Nunneley* for respondents.

No. 291. KEEFE ET AL. *v.* NINE-MILE-HALFWAY DRAIN DISTRICT ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Messrs. Alex. J. Groesbeck* and *Bert V. Nunneley* for respondents.